Adam CONTI, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2013–3071.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2014.

David Restaino, Fox Rothschild, LLP, of Lawrenceville, NJ, argued for petitioner. With him on the brief was Joel M. Ferdinand.

Lindsey Schreckengost, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief was Bryan G. Polisuk, General Counsel.

NEWMAN, BRYSON, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Horace O. BRENT, Sr., Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2013–3072.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2014.

Steven J. Plotkin, Law Office of Steven J. Plotkin, of Evanston, IL, argued for petitioner.

Jane Wallace Vanneman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Martin F. Hockey, Jr., Assistant Director.

NEWMAN, LOURIE, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**